ORIGINAL  SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| JORGE GUADALUPE PALAFOX, JR. | 3-23CR-497-S |

# INDICTMENT

The Grand Jury charges:

### Count One
### Engaging in the Business of Dealing in Firearms Without a License
### (Violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

Beginning on or about April 1, 2021, and continuing through on or about April 22, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jorge Guadalupe Palafox, Jr.**, not being a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

Indictment—Page 1

<u>Count Two</u>
Possession of an Unregistered Firearm Silencer
(Violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d))

On or about April 22, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jorge Guadalupe Palafox, Jr.**, did knowingly possess a firearm silencer, as defined in 18 U.S.C. § 921(a)(25), to wit: a Surefire, LLC, Model SOCOM300-SPS, 7.62mm caliber firearm silencer, bearing serial number A49N04437; and a black cylindrical device constructed of non-ferrous metal, approximately 8.625 inches in length, containing multiple baffles, an expansion chamber, front and rear end-caps, and the marking ".5 X 28", each of which was not registered to the defendant in the National Firearms Registration and Transfer Record

In violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

**Indictment—Page 2**

Count Three
Possession of an Unregistered Machinegun
(Violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d))

On or about April 22, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jorge Guadalupe Palafox, Jr.**, did knowingly possess a firearm, to wit: a machinegun, as defined in 26 U.S.C. § 5845(a)(6) and (b), further described as a Glock conversion device, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

<u>Count Four</u>
Possession of an Unregistered Short-Barreled Rifle
(Violation of 26 U.S.C. §§ 5841, 5845(a)(3) and (d), and 5861(d))

On or about April 22, 2022, in the Dallas Division of the Northern District of Texas, the defendant, **Jorge Guadalupe Palafox, Jr.**, did knowingly possess a firearm, to wit: a Diamondback, Model DB15, multi-caliber rifle, bearing serial number DB2516715, having a barrel of less than 16 inches in length, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(3) and (d), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

Forfeiture Notice
(18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872; 28 U.S.C. § 2461(c))

Upon conviction for any offense alleged in Count One of this indictment and pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the defendant, **Jorge Guadalupe Palafox, Jr.**, shall forfeit to the United States of America any firearm and ammunition used or involved in the commission of the offense.

Upon conviction for any offense alleged in in Counts Two, Three, and Four of this indictment and pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), the defendant, **Jorge Guadalupe Palafox, Jr.**, shall forfeit to the United States of America any firearm, firearm silencer, and ammunition used or involved in the commission of the respective offense.

The property to be forfeited includes, but is not limited to, the following:

1. an Aero Precision, Model M4E1, multi-caliber rifle, bearing serial number M4-0231885;

2. a Diamondback, Model DB15, multi-caliber rifle, bearing serial number DB2516715;

3. a Fabrique Nationale (FN), Model PS90, 5.7 x 28mm caliber rifle, bearing serial number FN141973;

4. an About Time Machining (ATM), Model 1960, 7.62 x 39mm caliber rifle, bearing serial number ATMM00037, and also marked "92323";

5. a Glock, Model 19, 9mm caliber pistol, bearing serial number BSCM240;

6. a Glock, Model 19, 9mm caliber pistol, bearing serial number BRYE413;

7. a Glock, Model 45, 9mm caliber pistol, bearing serial number BUVW349;

8. a Romarm/Cugir, Model Micro Draco, 7.62 x 39mm caliber pistol, bearing serial number ROA21PMD-27532;

9. a MAADI, Model ARM, 7.62 x 39mm caliber rifle, bearing serial number AC0041118;

10. a Taurus, Model The Judge, .45 caliber/.410-guage revolver, bearing serial number DS214014, also marked "8266413";

11. a Taurus, Model Pub Def Judge, .45 caliber/.410-gauge revolver, bearing serial number LM389947;

12. a Kel-Tec, Model KS7, 12-gauge shotgun, bearing serial number Q4180;

13. a Winchester, Model 670A, .30-06 caliber rifle, bearing serial number 6152123;

14. a Remington, Model 11-87, 12-gauge shotgun, bearing serial number PC193727;

15. a Rossi, Model RS22, .22 caliber rifle, bearing serial number 7CA038353L;

16. a Surefire, LLC, Model SOCOM300-SPS, 7.62mm caliber firearm silencer bearing serial number A49N04437;

17. a black cylindrical device, constructed of non-ferrous metal, approximately 8.625 inches in length, containing eight individual modular cone baffles, a front cap, and an end cap with the marking ".5 X 28";

18. any machinegun, as defined in 26 U.S.C. § 5845(a)(6) and (b), further described as a Glock conversion device; and

19. any ammunition seized with the above-referenced firearms.

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
WALT M. JUNKER
Assistant United States Attorney
Texas State Bar No. 24038115
1100 Commerce, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: walt.junker@usdoj.gov

Indictment—Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JORGE GUADALUPE PALAFOX, JR.

SEALED INDICTMENT

18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)
Engaging in the Business of Dealing in Firearms Without a License
(Count 1)

26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d)
Possession of an Unregistered Firearm Silencer
(Count 2)

26 U.S.C. §§ 5841, 5845(a)(6) and (b), and 5861(d)
Possession of an Unregistered Machinegun
(Count 3)

26 U.S.C. §§ 5841, 5845(a)(3) and (d), and 5861(d)
Possession of an Unregistered Short-Barreled Rifle
(Count 4)

18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872; 28 U.S.C. § 2461(c)
Forfeiture Notice

4 Counts

A true bill rendered

------------------------------------------------------------------------------------

DALLAS _____ FOREPERSON

Filed in open court this 12 day of December, 2023.

_____

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending