IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NUMBER: 3:23CR00497 |
| § | |
| JORGE GUADALUPE PALAFOX, JR. § | |

**DEFENDANT'S MOTION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES**

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Jorge Guadalupe Palafox, Jr., by and through his attorney of record, MARK A. PEREZ, would show the Court the following:

**I.**

This matter is set for Pre-Trial Conference on June 14, 2024, at 10:00 am. Jury Trial is scheduled for June 24, 2024 at 9:00 am.

**II.**

The parties are in discussions about whether the matter can be resolved absent the need for a trial. Furthermore, additional time is needed to review all possible options for resolutions with Defendant, so that Defendant can make a fully informed decision regarding the disposition of his case.

**III.**

This is the second request for continuance by the undersigned.

**IV.**

This Motion is not made for the purpose of delay, but so that justice may be served.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, through Counsel, pray that the Court enter an order rescheduling the time for Final Pre-Trial Conference and Trial dates. Defendant requests at least a 30-day continuance.

RESPECTFULLY SUBMITTED,

/S/ MARK A. PEREZ
**MARK A. PEREZ, P.C.**
STATE BAR NO. 15777750
3300 OAK LAWN AVE. SUITE 700
DALLAS, TEXAS 75219
PHONE: (214) 752-0505
FAX: (214) 845-7006

**ATTORNEY FOR DEFENDANT
JORGE GUADALUPE PALAFOX, JR.**

## CERTIFICATE OF CONFERENCE

On the 15TH day of April 2024, the undersigned conferred with Walter Junker, Assistant United States Attorney, who stated she does not oppose Defendant's Motion for Continuance of Pre-Trial and Trial Dates.

/s/ Mark A. Perez
**MARK A. PEREZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing motion was served upon all counsel of record by electronic filing on the 15th day of April 2024.

/s/ Mark A. Perez
**MARK A. PEREZ**