# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CASE NUMBER: 3:23CR00497 |
| § | |
| JORGE GUADALUPE PALAFOX, JR. § | |

## DEFENDANT'S MOTION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Jorge Guadalupe Palafox, Jr., by and through his attorney of record, MARK A. PEREZ, would show the Court the following:

**I.**

This matter is set for Pre-Trial Conference on July 19, 2024, at 10:00 a.m. Jury Trial is set for July 29, 2024, at 9:00 a.m.

**II.**

The parties are in discussions about whether the matter can be resolved absent the need for a trial. Furthermore, additional time is needed to review all possible options for resolutions with Defendant, so that Defendant can make a fully informed decision regarding the disposition of his case.

**III.**

This is the third request for continuance by the undersigned.

**IV.**

This Motion is not made for the purpose of delay, but so that justice may be served.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, through Counsel, pray that the Court enter an order rescheduling the time for Final Pre-Trial Conference and Trial dates. Defendant requests at least a 30-day continuance.

                                                     Respectfully submitted,

                                                     /s/ Mark A. Perez  
                                                   **MARK A. PEREZ**  
                                                   **Mark A. Perez, P.C.**  
                                                   State Bar No. 15777750  
                                                   3300 Oak Lawn Ave. Suite 700  
                                                   Dallas, Texas 75219  
                                                   Phone: (214) 752-0505  
                                                   Fax: (214) 845-7006

                                                 **ATTORNEY FOR DEFENDANT**  
                                                 **JORGE GUADALUPE PALAFOX, JR.**

## CERTIFICATE OF CONFERENCE

On the 24th day of June 2024, the undersigned conferred with Walt M. Junker, Assistant United States Attorney, who does not oppose Defendant's Motion for Continuance.

/s/ Mark A. Perez
**MARK A. PEREZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing motion was served upon all counsel of record by electronic filing on the 24th day of June 2024.

/s/ Mark A. Perez
**MARK A. PEREZ**