# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § § | CASE NUMBER: 3:23CR00497 |
| JORGE GUADALUPE PALAFOX, JR. | § | |

### DEFENDANT'S MOTION FOR CONTINUANCE OF PRE-TRIAL AND TRIAL DATES

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW, Jorge Guadalupe Palafox, by and through his attorney of record, MARK A. PEREZ, would show the Court the following:

**I.**

This matter is set for Pre-Trial Conference on September 6, 2024, at 10:00 am. Jury Trial is scheduled for September 16, 2024, at 9:00 am.

**II.**

Counsel requests additional time to review and analyze additional discovery with Defendant, so that Counsel can advise Defendant concerning his options for resolving this case. Counsel believes this case can be resolved absent need of trial. Counsel conferred with Assistant United States Attorney Walt Junker, and he is unopposed to this motion being granted.

**III.**

This is the fourth request for continuance by the undersigned.

**IV.**

This Motion is not made for the purpose of delay, but so that justice may be served.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, through Counsel, pray that the Court enter an order rescheduling the time for Final Pre-Trial Conference and Trial dates. Defendant requests at least a 30-day continuance.

        RESPECTFULLY SUBMITTED,

        /S/ MARK A. PEREZ
        **MARK A. PEREZ**
        STATE BAR NO. 15777750
        3300 OAK LAWN AVE. SUITE 700
        DALLAS, TEXAS 75219
        PHONE: (214) 752-0505
        FAX: (214) 845-7006

        **ATTORNEY FOR DEFENDANT**
        **JORGE GUADALUPE PALAFOX, JR**

## CERTIFICATE OF CONFERENCE

On the 7th day of August 2024, the undersigned conferred with Walt Junker, Assistant United States Attorney, who does not oppose Defendant's Motion for Continuance.

/s/ Mark A. Perez
**MARK A. PEREZ**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above foregoing motion was served upon all counsel of record by electronic filing on the 8th day of August 2024.

/s/ Mark A. Perez
**MARK A. PEREZ**